UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JOY L. KUREK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 4:17-CV-127-FL |
| ANDREW BURROUGHS | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 12, 2017, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 12, 2017, and Copies To:**
Joy L. Kurek (via U.S. Mail) 4600 County Club Road, #107A, Morehead City, NC 28557.

December 12, 2017              PETER A. MOORE, JR., CLERK
                               /s/ Sandra K. Collins
                               (By) Sandra K. Collins, Deputy Clerk